ANA CRISTINA DAGRACA, ADMINISTRATRIX (ESTATE OF JOSE V. CANCELA), ET AL. *v.* KOWALSKY BROTHERS, INC., ET AL.

MANUEL AFONSO, ADMINISTRATOR (ESTATE OF ANTONIO AFONSO), ET AL. *v.* KOWALSKY BROTHERS, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 100 Conn. App. 781 (AC 27021), is denied.

*William M. Bloss, Cynthia C. Bott* and *Jan A. Marcus*, in support of the petition.

*Robert C. E. Laney*, in opposition.

Decided July 3, 2007